FILED

05/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0173

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
DA 22-0173

KELLI JONES, f/k/a KELLI PARKER,

Petitioner/Appellee,

v.

KEVIN PARKER and STACY
SNAVELEY,

Respondents/Appellants.

**ORDER**

FILED

MAY 0 9 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Appellee Kelli Jones has filed a Motion to Waive Mandatory Appellate Mediation pursuant to M. R. App. P. 7(2)(b). As such,

IT IS HEREBY ORDERED that this matter shall proceed without mediation. The Clerk is ordered to provide copies of this Order to all parties of record, as well as to appellate mediator Jeff Connolly.

DATED this 9ᵗʰ day of May, 2022

_____
Chief Justice